**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR 03-1096-PHX-SMM |
| | ) | CV 05-2576-PHX-SMM (BPV) |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Rafael Cruz-Ayon, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

In the present case, the Court has scheduled an evidentiary hearing to take place on one issue. <u>See</u> Dkt. 60. Pursuant to Rule 8(c) of the Rules Governing Section 2255 Proceedings, "[i]f an evidentiary hearing is required, the judge shall appoint counsel for [an indigent] movant." Rule 8(c) of the Rules Governing Section 2255 Proceedings, 28 U.S.C. foll. §2255; <u>see also</u> <u>United States v. Duarte-Higareda</u>, 68 F.3d 369 (9th Cir. 1995) (Rule 8(c) makes the appointment of counsel mandatory when evidentiary hearings are required).

Defendant was represented by retained counsel during pretrial proceedings and at the time his guilty plea was entered. However, if Defendant is indigent at the time of the evidentiary hearing, this Court must appoint counsel to represent him at the evidentiary hearing. <u>Id.</u> In order for the Court to determine whether counsel should be appointed for Defendant,

**IT IS HEREBY ORDERED** that Defendant complete the Financial Affidavit (CJA Form 23) attached to this Order and return it to this Court no later than November 27, 2006.

1

**IT IS FURTHER ORDERED** that, due to a conflict in the Court's schedule, the

2 evidentiary hearing originally scheduled to take place on January 11, 2007 at 9:00 a.m., shall

3 take place instead on January 16, 2007 at 9:00 a.m.

4

DATED this 1st day of November, 2006.

5

6

7

Stephen M. McNamee
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# FINANCIAL AFFIDAVIT

**CJA 23**

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**REV. 1/90**

| IN THE CASE OF | IN **UNITED STATES** | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|

FOR _____

_____ VS. _____

AT _____

PERSON REPRESENTED (Show your full name)

CHARGE/OFFENSE (describe if applicable & check box ➡)    ☐ Felony    ☐ Misdemeanor

1 ☐ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)_____

**DOCKET NUMBERS**

Magistrate

District Court

Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOY-MENT**

Are you now employed?  ☐ Yes  ☐ No  ☐ Am Self Employed

Name and address of employer:_____

**IF YES,** how much do you earn per month? $_____

**IF NO,** give month and year of last employment
How much did you earn per month $_____

If married is your Spouse employed?  ☐ Yes  ☐ No
**IF YES,** how much does your Spouse earn per month $_____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No

RECEIVED      SOURCES

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY** $ |_____| _____
THE SOURCES |_____| _____

**CASH**

Have you any cash on hand or money in savings or checking account  ☐ Yes  ☐ No  **IF YES,** state total amount $_____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No

VALUE      DESCRIPTION

**IF YES, GIVE VALUE AND DESCRIBE IT** $ |_____| _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents |_____|

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $_____ | $_____ |
| | | $_____ | $_____ |
| | | $_____ | $_____ |
| | | $_____ | $_____ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

▶ _____

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.