**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR 03-1096-PHX-SMM |
| ) | CV 05-2576-PHX-SMM (BPV) |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| Rafael Cruz-Ayon, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Pending before the Court is Defendant's Motion for Court-Appointed Attorney for Representation at the Evidentiary Hearing scheduled to take place on January 16, 2007 at 9:00 a.m. (Dkt. 63.)

Defendant requests the appointment of a bilingual attorney to represent him at the evidentiary hearing on January 16, 2006. (Id.) Pursuant to Rule 8(c) of the Rules Governing Section 2255 Proceedings, "[i]f an evidentiary hearing is required, the judge shall appoint counsel for [an indigent] movant." Rule 8(c) of the Rules Governing Section 2255 Proceedings, 28 U.S.C. foll. §2255; see also United States v. Duarte-Higareda, 68 F.3d 369 (9th Cir. 1995) (Rule 8(c) makes the appointment of counsel mandatory when evidentiary hearings are required).

Defendant has submitted documents to the Court demonstrating that he is indigent. See Dkt. 67 (Motion to Proceed in Forma Pauperis and inmate account statement). Therefore, the

1  Court will appoint a bilingual attorney, Mr. Atmore L. Baggot, to represent Defendant at the
2  evidentiary hearing.
3       In the instant Motion, Defendant also requests that "the Court conduct an on-the-record
4  examination of appointed counsel to determine whether there may be any matters of conflict
5  which might prevent appointed counsel from representing [him] against his former attorney of
6  record." (Dkt. 63 at 1.)  The Court finds that this issue is not yet ripe, because Defendant has
7  not discussed the issue with his newly-appointed counsel (Mr. Baggot), and thus currently has
8  no reason to believe that Mr. Baggot may be conflicted.  The Court therefore denies this request
9  without prejudice to Defendant re-raising the request at the evidentiary hearing after he
10 discusses the issue of conflict with Mr. Baggot.

11     **IT IS HEREBY ORDERED GRANTING** Defendant's Motion for Court-Appointed
12 Attorney for Representation at Evidentiary Hearing.  (Dkt. 63.)

13     **IT IS FURTHER ORDERED GRANTING** Defendant's Application to Proceed In
14 Forma Pauperis.  (Dkt. 67.)

15     **IT IS FURTHER ORDERED** appointing attorney Atmore L. Baggot, pursuant to the
16 Criminal Justice Act, as attorney of record for Defendant Rafael Cruz-Ayon for all further
17 proceedings through the evidentiary hearing to be held before the Honorable Stephen M.
18 McNamee on January 16, 2007 at 9:00 a.m. in Courtroom 605, 401 W. Washington, Street,
19 Phoenix, Arizona.

20     **IT IS FURTHER ORDERED** that the Clerk of Court provide copies of this Order to
21 counsel for the United States, to the Defendant, Rafael Cruz-Ayon, and to appointed CJA
22 counsel, Atmore L. Baggot, Atmore1@hotmail.com.

23     DATED this 4th day of December, 2006.

Stephen M. McNamee
United States District Judge

- 2 -