**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR 03-1096-PHX-SMM |
| Plaintiff, | ) | CV 05-2576-PHX-SMM (BPV) |
| | ) | **ORDER** |
| v. | ) | |
| Rafael Cruz-Ayon, | ) | |
| Defendant. | ) | |

Pending before the Court is the Government's Motion to Continue the Evidentiary Hearing scheduled to take place on January 16, 2007. (Dkt. 68.) The Government represents that Joseph Lopez, Defendant's former attorney, has a firm trial date on January 16, 2007 in the State of Illinois. (Id.) Because Mr. Lopez will be required to testify at the evidentiary hearing, the Court finds good cause to continue the evidentiary hearing. Accordingly,

**IT IS HEREBY ORDERED VACATING** the evidentiary hearing scheduled to take place on January 16, 2007 at 9:00 a.m.

**IT IS FURTHER ORDERED** that an evidentiary hearing will take place on January 24, 2007 at 9:00 a.m. in Courtroom 605, 401 W. Washington, Street, Phoenix, Arizona.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this Order to counsel for both parties and Defendant Rafael Cruz-Ayon.

DATED this 7th day of December, 2006.

Stephen M. McNamee
United States District Judge